UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61016-CIV-COHN/SNOW

KEVIN McCARTHY,

       Plaintiff,

v.

AMERICAN AIRLINES, INC.,
AMERICAN EAGLE AIRLINES, INC.,
and EXECUTIVE AIRLINES, INC.,

       Defendants.
_____/

## ORDER DIRECTING DEFENDANTS TO FILE MEMORANDA OF LAW IN SUPPORT OF THEIR RESPECTIVE MOTIONS TO DISMISS

**THIS CAUSE** is before the Court upon the Notice of Removal of Plaintiff's Complaint from the Seventeenth Judicial Circuit for Broward County, Florida [DE 1]. Pursuant to Local Rule 7.2, when a party removes an action to this Court and there is a pending motion for which the moving party has not submitted a memorandum of law, the moving party shall file a memorandum in support of its motion within ten (10) days after the filing of the notice of removal. The Court notes that a Motion to Dismiss has been filed by each Defendant and is currently pending The Motions filed by Executive Airlines, Inc. and American Airlines, Inc. include no memoranda of law. The Motion to Dismiss filed by American Eagle Airlines, Inc. includes a brief incorporated memorandum of law, but this memorandum discusses only the Florida rules of procedure and Florida standard for consideration of a motion to dismiss. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that each Defendant file and serve a

memorandum of law in support of its respective Motion to Dismiss on or before **August 9, 2007**.  Thereafter, the parties shall comply with the briefing schedule provided in Local Rule 7.1.C.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 24th day of July, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record