UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61016-CIV-COHN/HOPKINS

KEVIN McCARTHY,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,
AMERICAN EAGLE AIRLINES, INC.,
and EXECUTIVE AIRLINES, INC.,

    Defendants.

_____/

## ORDER GRANTING MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT

**THIS CAUSE** is before the Court upon each Defendant's Motion to Dismiss, filed accompanying the Notice of Removal [DE 1], and subsequently filed memoranda of law in support thereof [DE 16, 17, and 18]. The Court has considered the Motions, the Plaintiff's Responses thereto [DE 19, 20, and 21], and Defendants' Replies [DE 22, 23, and 24], and is otherwise fully advised in the premises.

Defendants each challenge the Complaint on the basis that it does not adequately separate out the allegations against each Defendant, pursuant to Fed. R. Civ. P.10(b). Rule 10(b) provides as follows:

> All averments of claim or defense shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a statement of a single set of circumstances; and a paragraph may be referred to by number in all succeeding pleadings. Each claim founded upon a separate transaction or occurrence and each defense other than denials shall be stated in a separate count or defense whenever a separation facilitates the clear presentation of the matters set forth.

Defendants argue that by making factual allegations about all three Defendants in a

single paragraph, Plaintiff violates this rule and makes it impossible for each Defendant to separately respond to the allegations against it.

Plaintiff responds that because he does not know which of the three Defendants was responsible for each of the alleged actions, he is simply pleading his claims in the alternative, which is permissible.  See Banco Continental v. Curtiss Nat'l Bank of Miami Springs, 406 F.2d 510, 513 (5th Cir. 1969).  However, Plaintiff expresses a willingness to file an Amended Complaint with separate counts for each of the Defendants.  In light of this representation, and the Court's conclusion that such an Amended Complaint would bring the Complaint into compliance with Rule 10(b), it is hereby

**ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss are **GRANTED** as to the operative Complaint in this matter.  It is further

**ORDERED AND ADJUDGED** that Plaintiff shall file an Amended Complaint on or before **October 17, 2007**, stating each claim against each Defendant separately.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of October, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record